**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF/ RESPONDENT** |
| v.  NO. 4:03-CR-00060 (2) - GTE       4:05-CV-00943 GTE | |
| **JOHN AARON ROWLAND** | **DEFENDANT/PETITIONER** |

### ORDER

Petitioner has moved for a certificate of appealability. In order for this Court to grant a certificate of appealability, petitioner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Tiedeman v. Benson*, 1997 WL 437181 (8th Cir. Aug. 6, 1997). A "substantial showing" is one in which a petitioner demonstrates that his "issues are debatable among jurists of reason; that a court could resolve the issues [in a different manner]; or that the questions are 'adequate to deserve encouragement to proceed further.'" *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)(discussing necessary showing under previous law dealing with certificates of probable cause).

In this case, Petitioner has failed to make the required substantial showing of the denial of a constitutional right. Accordingly,

IT IS HEREBY ORDERED THAT Petitioner's Motion for Certificate of Appealability (Docket No. 64) be, and it is hereby, DENIED.

IT IS FURTHER ORDERED THAT Petitioner's Motion for Leave to Appeal in Forma Pauperis (Docket No. 63) be and it is hereby, DENIED as MOOT.

IT IS SO ORDERED this 9th day of November, 2005.

                                              /s/Garnett Thomas Eisele
                                          UNITED STATES DISTRICT JUDGE